UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-32931 |
| | ) | |
| VICKY E. BUTLER | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of AMERICAN HONDA FINANCE CORPORATION to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of AMERICAN HONDA FINANCE CORPORATION to Modify Automatic Stay is hereby granted;

2. That the automatic stay provided by Section 362 of the Bankruptcy Code is hereby modified to permit AMERICAN HONDA FINANCE CORPORATION to take possession of, sell and foreclose its security interest in the 2016 Honda CRV motor vehicle bearing a Vehicle Identification Number of 5J6RM4H73GL112377, which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter: *Jacqueline P. Cox*
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: DEC 2 0 2017

**Prepared by:**
David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

Rev: 20170105_bko