UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  17-32931
VICKY E BUTLER  )
   )
   )   Chapter: 7
   )
   )   Honorable Jacqueline Cox
   )
Debtor(s)  )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2, by and through its attorneys, Shapiro Kreisman & Associates, LLC, the Court having jurisdiction, being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1. That the automatic stay heretofore entered is modified to the extent necessary to allow HSBC Bank USA, National Association as Trustee for Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2 to foreclose the mortgage or, in its sole discretion, to accept a short sale or deed in lieu of foreclosure on the real property commonly known as: 114 Iliad Drive, Tinley Park, IL 60477.

2. That Federal Bankruptcy Rule 4001(a)(3) is not applicable to this order.

Enter:

*J. Cox   Jacqueline B. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 1-4-18

**Prepared by:**
Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
17-084979

Rev: 20170105_bko