**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Vicky E Butler** | Social Security number or ITIN **xxx−xx−5363** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **17−32931**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Vicky E Butler

February 6, 2018

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 17-32931-JPC
Vicky E Butler                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin              Page 1 of 2              Date Rcvd: Feb 06, 2018
                               Form ID: 318             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db          +Vicky E Butler,   114 Iliad Dr.,   Tinley Park, IL 60477-4841
26165714   ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: BP Amoco,   Bankruptcy Department,   PO Box 20365,
             Kansas City,MO 64195)
26165712    +Credit Union One,   Attn: Bankruptcy Department,   PO Box 2711,   Omaha,NE 68103-2711
26165705    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta,GA 30374-0241
26165704    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen,TX 75013-2002
26165732    +Fairway Townhomes at the Odyssey Club,   C/o Advocate Property Managment,   PO Box 9242,
             Naperville,IL 60567-0242
26165717    +Macy's/DSNB,   Bankruptcy Department,   PO Box 9001094,   Louisbille,KY 40290-1094
26165706    +Mr. Cooper,   PO Box 619098,   Dallas,TX 75261-9098
26165724    +PayPal Credit,   Bankruptcy Department,   PO Box 5138,   Timonium,MD 21094-5138
26165722    +Talbots,   Attn: Bankruptcy Department,   175 Beal Street,   Hingham,MA 02043-1512
26165703     Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester,PA 19022
26165721    +Williams Sonoma,   Bankruptcy Dept.,   PO Box 659450,   San Antonio,TX 78265-9450

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QAJMAXWELL.COM Feb 07 2018 01:38:00     Andrew J Maxwell, ESQ,   Maxwell Law Group LLC.,
             20 N. Clark,   Suite 200,   Chicago, IL 60602-4120
26165718     EDI: HNDA.COM Feb 07 2018 01:38:00     American Honda Finance Corp.,   Bankruptcy Department,
             8601 McAlpine Park Dr., #230,   Charlotte,NC 28211
26165707    +EDI: AMEREXPR.COM Feb 07 2018 01:38:00     American Express,   Bankruptcy Department,
             Box 0001,   Los Angeles,CA 90096-0001
26165711     EDI: BANKAMER.COM Feb 07 2018 01:38:00     Bank of America,   Bankruptcy Department,
             PO Box 982234,   El Paso,TX 79998
26165715    +EDI: BANKAMER.COM Feb 07 2018 01:38:00     Bank of America/Royal Caribbean,
             Bankruptcy Department,   PO Box 851001,   Dallas,TX 75285-1001
26165726     EDI: CITICORP.COM Feb 07 2018 01:38:00     Amazon Credit Plan,   Bankruptcy Department,
             PO Box 689020,   Des Moines,IA 50368
26165709    +EDI: CHASE.COM Feb 07 2018 01:38:00     Chase Bank,   Bankruptcy Department,   PO Box 15298,
             Wilmington,DE 19850-5298
26165713    +EDI: CITICORP.COM Feb 07 2018 01:38:00     Citibank,   Bankruptcy Department,   PO Box 6500,
             Sioux Falls,SD 57117-6500
26165727    +E-mail/Text: comedbankruptcygroup@exeloncorp.com Feb 07 2018 02:23:10     Commonwealth Edison,
             Attn: System Credit/BK Dept,   3 Lincoln Center 4th Floor,   Oakbrook Terrace,IL 60181-4204
26165708    +EDI: DISCOVER.COM Feb 07 2018 01:38:00     Discover Bank,   Bankruptcy Dept.,   PO Box 6103,
             Carol Stream,IL 60197-6103
26165720    +EDI: WFNNB.COM Feb 07 2018 01:38:00     Eddie Bauer,   Bankruptcy Dept.,   PO Box 659705,
             San Antonio,TX 78265-9705
26165710    +E-mail/Text: bankruptcy@hsn.net Feb 07 2018 02:22:51     Home Shopping Network,
             Bankruptcy Department,   1 HSN Drive,   Saint Petersburg,FL 33729-0001
26165731    +EDI: IRS.COM Feb 07 2018 01:38:00     IRS Non-Priority,   Bankruptcy Dept.,   PO Box 7346,
             Philadelphia,PA 19101-7346
26165733    +E-mail/Text: NDAILY@KSNLAW.COM Feb 07 2018 02:20:51     Kovitz Shifrin Nesbit,
             Bankruptcy Dept.,   175 N. Archer Ave,   Mundelein,IL 60060-2301
26165728    +E-mail/Text: bankrup@aglresources.com Feb 07 2018 02:19:55     Nicor Gas,
             Bankruptcy Department,   PO Box 549,   Aurora,IL 60507-0549
26165716    +E-mail/Text: bnc@nordstrom.com Feb 07 2018 02:20:24     Nordstrom,
             Attn: Bankruptcy Department,   Box 6564,   Englewood,CO 80155-6564
26165725    +E-mail/PDF: lossmitigation@nwfcu.org Feb 07 2018 02:17:35     Northwest Federal Credit Union,
             Bankruptcy Department,   PO Box 1229,   Herndon,VA 20172-1229
26165723    +EDI: RMSC.COM Feb 07 2018 01:38:00     QVC,   Bankrutcy Dept,   1200 Wilson Drive,
             West Chester,PA 19380-4267
26165734    +E-mail/Text: chicago.bnc@ssa.gov Feb 07 2018 02:22:39     Social Security Administration,
             Attn: Bankruptcy Department,   77 W. Jackson,   Chicago,IL 60604-3600
26169014    +EDI: RMSC.COM Feb 07 2018 01:38:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
26165719    +EDI: RMSC.COM Feb 07 2018 01:38:00     Synchrony Bank/Evine,   Bankruptcy Dept.,
             PO Box 960009,   Orlando,FL 32896-0009
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26165729*   +IRS Priority Debt,   Bankruptcy Dept.,   PO Box 7346,   Philadelphia,PA 19101-7346
26165730*   +IRS Priority Debt,   Bankruptcy Dept.,   PO Box 7346,   Philadelphia,PA 19101-7346
                                                                                TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1         User: admin              Page 2 of 2            Date Rcvd: Feb 06, 2018
                             Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              Andrew J Maxwell, ESQ    maxwelllawchicago@yahoo.com,
               amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com;marchfirst_trustee@hotmail.com
              Cari A Kauffman     on behalf of Creditor    American Honda Finance Corporation
               ckauffman@sormanfrankel.com,    dfrankel@sormanfrankel.com
              Cecil D Scruggs     on behalf of Debtor 1 Vicky E Butler ndil@geracilaw.com
              Michael J  Kalkowski     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2
               mkalkowski@fisherandshapirolaw.com,    BK_IL_Notice@fisherandshapirolaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard B Aronow     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Ellington Loan Acquisition Trust 2007-2, Mortgage Pass-Through Certificates, Series 2007-2
               raronow@logs.com,    bk_il_notice@logs.com
              Ronald J. Kapustka     on behalf of Creditor    Fairway Townhomes at the Odyssey Club Homeowners
               Association ndaily@ksnlaw.com,    bankruptcy@ksnlaw.com
                                                                                             TOTAL: 7
```